# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY RIETDORF, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NEW RIVER VALLEY )<br>REGIONAL JAIL, )<br>    Defendant(s). ) | Civil Action No. 7:18-cv-00246<br><br>**MEMORANDUM OPINION**<br><br>By:    Norman K. Moon<br>Senior United States District Judge |

Timothy Rietdorf, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 26, 2018, the court directed plaintiff to submit within 21 days from the date of the Order the required inmate account statement for the month of November 2017 along with the inmate account form signed by the trust officer. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 21 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __24th__ day of July, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE